FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Petitioner,<br><br>    v.<br><br>F.B. HAWS, Warden,<br><br>    Respondent. | Case No. CV 09-6030 MMM (AJW)<br><br>JUDGMENT |

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: 09.17.09

_____
Margaret M. Morrow
United States District Judge